IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL LEE-LAMO SUMMERS, | : |
|     Petitioner | : |
|       v. | : Case No. 3:23-cv-318-KAP |
| MICHAEL UNDERWOOD, WARDEN, | : |
| F.C.I. LORETTO, | : |
|     Respondent | : |

Memorandum Order

Petitioner, an inmate at F.C.I. Loretto, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. Since petitioner is not proceeding *in forma pauperis*, the Marshal shall make service of the petition (both ECF no. 1 and ECF no. 2) and this Order on the respondents and the United States Attorney for the Western District of Pennsylvania, costs to be advanced by the petitioner.

Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: January 2, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Darrell Lee-Lamo Summers, Reg. No. 22536-040
F.C.I. Loretto
P.O. Box 1000
Cresson, PA 16630

1